MARK L. POLLOT, ESQ.
7227 West Potomac Drive
Boise, Idaho 83704
Telephone: (208) 867-4335
E-mail: mpollot.crc@centurylink.net
California Bar No. 136161

John W. Hoffman
Nevada State Bar No. 857
Hoffman, Test, Guinan & Collier
429 West Plumb Lane
P. O. Box 187
Reno, NV 89504
Phone: (775) 322-4081
Facsimile: (775) 322-3841
Email: office@htag.reno.nv.us

ATTORNEY FOR PLAINTIFFS

NEVADA ASSOCIATION OF COUNTIES, and
NEVADA FARM BUREAU FEDERATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION OF COUNTIES, *et al*, | Civil No. 3:13-cv-00712-MMD-WGC |
| Plaintiffs | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO LEIGH APPLICATION MOTION TO INTERVENE (First Motion for Extension of Time) |
| vs. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, | |
| Defendants. | |

COME NOW Plaintiffs in the above-entitled action, Nevada Association of Counties and Nevada Farm Bureau Federation, and move this Court for an Order extending the time for Plaintiffs to file a response to the application of Ms. Laura Leigh to Intervene as Defendant herein. The response is currently due on February 12, 2014. Plaintiffs' request an extension of time to March 5, 2014 to file their response. This is the first motion for extension of time with respect to the application.

This motion is made for the following reasons. Mr. Pollot, attorney of record for Plaintiffs herein, is a sole practitioner and has sole responsibility on behalf of his clients for the preparation of motion, briefs, and all other matters pertaining to the above-captioned action and for all other client which he represents. His current schedule includes matters scheduled before the filing of Ms. Leigh's application for intervention including, but not limited to, appellate briefs in another, unrelated action, currently pending before the Ninth Circuit Court of Appeal, which briefs are also due to be filed on February 12, 2014. These and other previously matters cannot be readily rescheduled, in part because some were already rescheduled because of a prior illness of the undersigned counsel.

Plaintiffs therefore respectfully request that this Court issue an order extending time for filing of their response to Ms. Leigh's application for intervention to March 5, 2014.

Counsel for plaintiffs contact both counsel for Defendants herein and applicant for intervention, Ms. Leigh, and both indicated that they will not oppose this motion.

Respectfully submitted this February 6, 2014.

                              Mark L. Pollot

/s/   Mark L. Pollot_____
      Mark L. Pollot, Esq.
      7227 West Potomac Drive
      Boise, Idaho   83704
      Telephone:   (208) 867-4335
      E-mail:   mpollot.crc@centurylink.net

John W. Hoffman
Hoffman, Test, Guinan & Collier
429 West Plumb Lane
P. O. Box 187
Reno, NV 89504
Phone: (775) 322-4081
Facsimile: (775) 322-3841
Email: office@htag.reno.nv.us

## ORDER

It is so ordered.

Dated this 10th day of February 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE